No. 328, Misc. SKAGGS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. 

No. 330, Misc. DAVIS *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 331, Misc. WILSON *v.* RAGEN, WARDEN. Circuit Court of Kane County, Illinois. Certiorari denied.

No. 335, Misc. MUSIAL *v.* BURKE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 342, Misc. DUNBAR *v.* STEWART, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 344, Misc. WILSON *v.* BUSH, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 348, Misc. BONINO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. 

No. 357, Misc. BYTNAR *v.* NIERSTHEIMER, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 358, Misc. PARKS *v.* NIERSTHEIMER, WARDEN. Circuit Court of Salina County, Illinois. Certiorari denied.

No. 359, Misc. STUKINS *v.* NIERSTHEIMER, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 362, Misc. NEAVOR *v.* RAGEN, WARDEN. Circuit Court of Tazewell County, Illinois. Certiorari denied.